UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

5:17-CR-118-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| COREY MICHAEL EDWARDS, ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 21 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __24__ day of __May__, 2017.

_____
JAMES C. DEVER, III
Chief U.S. District Judge