IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CR-118-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| COREY MICHAEL EDWARDS, ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 28 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, __4__ day of ___August___, 2017.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE