IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CR-118-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) ORDER TO SEAL |
| COREY MICHAEL EDWARDS, | ) |
| Defendant. | ) |

Upon motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 41 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, 18 day of December, 2017.

_____
HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE