IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CR-118-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| | ) | |
| COREY MICHAEL EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 52 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED, this **27** day of February, 2018.

_____
HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE