IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-118-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY NUMBER 58] |
| COREY MICHAEL EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 58 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, __21__ day of __May__, 2018.

_____
HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE