UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-118-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| COREY MICHAEL EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby ORDERED that the Defendant's Medical Records be filed under seal.

This **26** day of **July**, 2021.

JAMES C. DEVER III
United States District Judge

1